UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **KENYATA DEMETRUS BURTON,**      **Plaintiff,** <br><br> v. <br><br> **BUD TURNER,** <br><br>      **Defendant.** | ) <br> ) <br> ) <br> ) <br> )    **Case No.  1:20-cv-191-LCB-GMB** <br> ) <br> ) <br> ) <br> ) <br> ) |

## MEMORANDUM OPINION

Plaintiff Kenyata Demetrius Burton filed a pro se complaint pursuant to 42 U.S.C. § 1983, alleging violations of his rights under the Constitution or laws of the United States.  (Doc. 1).  United States Magistrate Judge Gray M. Borden entered a Report on May 25, 2021, recommending this action be dismissed pursuant to 28 U.S.C. § 1915A(b)(1)–(2) for failing to state a claim upon which relief may be granted and for seeking monetary relief from a defendant who is immune from such relief.  (Doc. 7).  Although the Judge Borden advised Burton of his right to file specific written objections within 14 days, no objections have been received by the Court.

Having carefully reviewed and considered de novo all the materials in the court file, including the report and recommendation, the court **ADOPTS** Judge Borden's Report and **ACCEPTS** his Recommendation.  Therefore, in accordance

with 28 U.S.C. § 1915A(b)(1)–(2), this action is due to be dismissed without prejudice for failing to state a claim upon which relief may be granted and seeking monetary relief from a defendant who is immune from such suit.

A Final Judgment will be entered.

**DONE** and **ORDERED** this August 26, 2021.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE