FILED
2021 Aug-26  PM 01:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | | |
|---|---|---|
| **KENYATA DEMETRIUS BURTON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No.  1:20-cv-191-LCB-GMB** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **BUD TURNER,** | ) | |
| **Defendant.** | | |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion entered contemporaneously herewith and with Rule 58 of the Federal Rules of Civil Procedure, the Court **ORDERS** that this action is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915A(b)(1)–(2) for failing to state a claim upon which relief may be granted and for seeking monetary relief from a defendant who is immune from such relief.

Burton is notified that the dismissal of this action is a dismissal countable for purposes of 28 U.S.C. § 1915(g).

Costs are taxed to Burton.

For information regarding the cost of appeal, see the attached notice.

# United States Court of Appeals

Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith                                                    In Replying Give Number
Clerk of Court                                                    of Case and Names of Parties

## NOTICE TO PRISONERS CONCERNING CIVIL APPEALS

The Prison Litigation Reform Act of 1995 (effective April 26, 1996) now **REQUIRES** that
<u>all</u> prisoners pay the Court's $500 docket fee plus $5 filing fee (for a total of $505) when appealing
any civil judgment.

 If you wish to appeal in a civil case that Act now **requires** that upon filing a notice of
appeal you *either*:

(1)     Pay the total $505 fee to the clerk of the district court from which
        this case arose; *or*

(2)     arrange to have a prison official certify to the district court from
        which the appeal arose the <u>average</u> monthly deposits and balances
        in your prison account for each of the six months preceding the filing
        of a notice of appeal.

If you proceed with option (2) above, the Act requires that the district court order you to
pay an *initial partial fee* of at least 20% of the **greater** of either the <u>average</u> monthly deposits or
of the <u>average</u> monthly balances shown in your prison account.  The remainder of the total $505
fee will thereafter be deducted from your prison account each month that your account balance
exceeds $10.  Each such monthly deduction shall equal 20% of all deposits to your prison account
during the previous month, until the total $505 fee is paid. (If your prison account statement shows
that you cannot pay even the required *initial partial fee*, your appeal may nevertheless proceed,
BUT THE TOTAL $505 FEE WILL BE ASSESSED AGAINST AND WILL BE DEDUCTED
FROM FUTURE DEPOSITS TO YOUR PRISON ACCOUNT.)

Fees are not refundable, regardless of outcome, and deductions from your prison account
will continue until the total $505 fee is collected, even if an appeal is unsuccessful.

David J. Smith
Clerk of Court

PLRA Notice